UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DUC MINH NGUYEN,

    Plaintiff,

v.                                              Case No: 6:24-cv-308-JSS-RMN

ALEJANDRO MAYORKAS, UR M.
JADDOU, MICHAEL J. MCCLEARY
and UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendants.
_____/

## **ORDER**

Defendants move to remand this matter to the United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b) for adjudication of Plaintiff's Form N-400, Application for Naturalization (Application). (Motion, Dkt. 10.) Plaintiff does not oppose the Motion. For the reasons explained below, Defendants' Motion (Dkt. 10) is granted.

Plaintiff commenced this action requesting a hearing on the Application due to Defendants' alleged failure to timely adjudicate the Application. Pursuant to 8 U.S.C. § 1447(b), an applicant can petition the district court if a decision is not made on the applicant's application within 120-days after the applicant's examination. The district court has jurisdiction to either make a determination on the application or remand the application to USCIS, "with appropriate instructions[.]" *Id.* In cases where a determination has not been made by either an immigration judge or the Board of

Immigration Appeals, the appropriate action is for the district court to remand the application. *Sanchez Jimenez v. U.S. Att'y Gen.*, 492 F.3d 1223, 1236 (11th Cir. 2007) (citations omitted); *see also I.N.S. v. Orlando Ventura*, 537 U.S. 12, 17 (2002) ("The agency can bring its expertise to bear upon the matter; it can evaluate the evidence; [and] it can make an initial determination[.]"). The court can then review USCIS's decision to determine whether USCIS exceeded "the leeway that the law provides." *Orlando Ventura*, 537 U.S. at 17. Here, USCIS has not made a determination on Plaintiff's Application and remand of Plaintiff's Application is therefore appropriate.

Accordingly:

1. Defendants' Unopposed Motion to Remand to USCIS (Dkt. 10) is **GRANTED**.

2. This matter is **REMANDED** to USCIS with instructions to adjudicate Plaintiff's Application within 60 days of this order.

3. Within 60 days of adjudication of Plaintiff's Application, the parties shall file a joint stipulation of dismissal or joint motion for the court to re-open the case and enter a scheduling order.

4. The Clerk of Court is directed to close this case and deny all pending motions as moot.

**ORDERED** in Orlando, Florida, on April 8, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record